UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CLINTON MARLOWE, | CASE NO. 1:18-cv-02455-JG |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 24, 2018, Plaintiff Clinton Marlowe filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his social security disability benefits application.[1] On December 3, 2019, Magistrate Judge James R. Knepp II recommended that the Court affirm the Commissioner's final decision.[2]

Magistrate Judge Knepp ordered the parties to file objections, if any, within fourteen days.[3] Neither party objected, and the time to do so has expired.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[4] Absent objection, a district court may adopt a Report and Recommendation without review.[5]

---

[1] Doc. 1.
[2] Doc. 20.
[3] *Id.* at 22.
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 1:18-cv-02455
Gwin, J.

    Here, no party has objected to the Report and Recommendation, so this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with Magistrate Judge Knepp's conclusions.

    Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

    IT IS SO ORDERED.

Dated: December 19, 2019          *s/     James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE